UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARIDAH ALEHERI,<br><br>*on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>88 FEATHERBED APPAREL CORP. *d/b/a* EXTREME DEPARTMENT STORE; 1457 WESTCHESTER APPAREL CORP. *d/b/a* EXTREME DEPARTMENT STORE; 204 CONCOURSE PLAZA DISCOUNT CORP. *d/b/a* EXTREME DEPARTMENT STORE; 4697 3RD AVE DISCOUNT CORP. *d/b/a* EXTREME DEPARTMENT STORE; MOHAMMAD SAFI; JOHN DOES 1-10; JOHN ROE CORPS. 1-10,<br><br>Defendants. | 22 Civ. 7994 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 4, 2022, Defendant Mohammad Safi was served with a copy of the summons and complaint in this action. (Dkt. #18). To date, Defendant has not appeared. Accordingly, Plaintiff is **ORDERED** to move for a default judgment against Defendant Mohammad Safi by **December 9, 2022**.

SO ORDERED.

Dated:   November 18, 2022
         New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge